## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CAROLYN E. HIGH,

      Plaintiff,

    v.

SHAWN J. WILSON, *et al.*,

      Defendants.

C.A. No. 25-1492-JLH-LDH

## ORDER

At Wilmington, this 5th day of August 2026;

WHEREAS, Magistrate Judge Hatcher issued a Report & Recommendation on July 20, 2026 (D.I. 51, the "R&R"), recommending that the Court deny State Defendants' Motion to Dismiss Plaintiff's Complaint (D.I. 42);

WHERAS, no party filed objections to the R&R pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that

1.      The R&R (D.I. 51) is ADOPTED.

2.      State Defendants' Motion to Dismiss Plaintiff's Complaint (D.I. 42) is DENIED.

Dated: August 5, 2026

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE